David Garza OSB #K33521
Estelle Unit E1-216B
264 FM 3478 Rd.
Huntsville, Tx. 97320-3322

10-269-CR

FILED IN THE COURT OF APPEAL AT SAN ANTONIO, TEXAS
2015 DEC 14 PM 2:17
KEITH E. HOTTLE, CLERK
Keith E. Hottle

Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037
C/o Mr. Keith E. Hottle (clerk of court)
RE; Cause # 2009CRS000735D4                    Dec. 08, 2015

Dear Mr. Hottle. with all due respect, I believe the
court has erred in it ruling that they have no jur-
isdiction over the lower court., then how could they
pass Judgment and affirm my conviction? Art.
4.04 clearly states that court of appeals, has the power
and authority to grant and issue. furthmore it was
back on Sept. 07, 2015, when I made a motion to the
lower court, which was granted, but they still have not
been able to sent me the other half of my transcripts, it
seems they have lost them, In the intrest of Justice
I pray the court looks into this matter, I would ask the
court, do you have the courts transcripts in its entirety?
The minutes, the "Voir Dire" should start on 2/05/2010,
could you please let me know if you do? Mr. Hottle what
ever help you can give me I would greatly appreciate.
again thankyou for your help and time., Wishing you
all a Murry Christmas and a Happy New Year!
                                        Sincerely
                                        D. Gar

David Garza #1633521
Estelle Unit Ei-216B
264 FM 3478 Rd.
Huntsville, Tx. 77320-3322

NORTH HOUSTON TX 773

10 DEC 2015 PM 6 L

FOREVER

Fourth Court of Appeals District
C/o Keith E. Hottle (Clerk)
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

Legal